UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

In re:

Charlee Ann Maddox

Debtor.

Case No.: 17-40782
Chapter 13
Judge Thomas H. Fulton
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY (DOCKET NUMBER 32) AS TO REAL PROPERTY LOCATED AT 124 W 8TH ST, BEAVER DAM, KY 42320-1518

This matter having come before the Court on the Motion for Relief from Stay and Co-Debtor Stay which was filed in this court by Nationstar Mortgage LLC ("Movant") as Docket Number 32; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1. The Chapter 13 Plan filed herein on behalf of Charlee Ann Maddox ("Debtor") provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments are currently in default for the months of July 2019 and subsequent months, incurring a total post-petition arrearage of $1,570.02, which consists of 2 post-petition payments for July 2019 through August 2019 at $444.51 each and attorney fees and costs of $681.00. There is $365.91 in suspense, which reduces the total post-petition arrearage to $1,204.11.

17-029505_BAS

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay to Movant, and Movant hereby agrees to accept, the following lump sum payments:

   a. $200.69 on or before September 15, 2019;

   b. $200.69 on or before October 15, 2019;

   c. $200.69 on or before November 15, 2019;

   d. $200.69 on or before December 15, 2019;

   e. $200.69 on or before January 15, 2020;

   f. $200.66 on or before February 15, 2020.

   The lump sum payments due above are in addition to the regular monthly mortgage payment due and owing for said months.

4. The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant for the September 1, 2019 regular monthly mortgage payment and to make all further monthly payments in a timely fashion.

5. Payments must be sent directly to Nationstar Mortgage LLC d/b/a Mr. Cooper:

   Nationstar Mortgage LLC d/b/a Mr. Cooper
   Attention: Bankruptcy Department
   PO Box 619094
   Dallas TX 75261-9741
   Note: Loan # 606341576

6. This Agreed Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

7. The following are events of default under this Agreed Order: (a) Debtor fails to make any of the lump sum payments hereinabove described on or before their specified due dates;

(b) Debtor fails to pay any future monthly mortgage payment so that the payment is not received by Movant on or before the last day of the month in which it is due (hereinafter, any of the events described above shall be referred to as a "Default").

8. In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond, notifying the Debtor is in default under the terms of the Agreed Order. If no response is filed to said letter, Movant shall file a Certificate of Non-Compliance, and upon filing of a Certificate of Non-Compliance the stay shall be terminated without further hearing.

9. Debtor's opportunity to cure the default shall be limited to three occurrences. Upon the occurrence of the fourth Default, the stay imposed by Section 362(a) of the Bankruptcy Code and co-debtor stay imposed by Section 1301 of the Bankruptcy Code with respect to Creditor, its successors and assigns shall be terminated without further notice by the filing of a Certificate of Non-Compliance.

10. Counsel for Debtor is not representing Co-Debtor Janice Everly and did not object to the request for relief from Co-Debtor stay. No one appeared or otherwise responded on behalf of the Co-Debtor. Thus, the Court grants by default, relief from the Co-Debtor stay imposed by § 1301 of the Bankruptcy Code, with respect to Creditor, its successors and assigns.

**IT IS SO ORDERED.**

Submitted by:

/s/ Amy E. Gardner
Amy E. Gardner (93532)
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: aeg@manleydeas.com
Attorney for Creditor

*[signature: Al Miller]*

Al Miller
428 North Second Street
Central City, KY 42330
Email: law@almillerlaw.com
Attorney for Debtor

X *[signature: Charlee Maddox]*
Charlee Maddox

Copies to:

Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway, #512, Louisville, KY 40202 (notified by ecf)

William W. Lawrence, Chapter 13 Trustee, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY 40202 (notified by ecf)

Al Miller, Attorney for Debtor and/or Co-Debtor, 428 North Second Street, Central City, KY 42330 (notified by ecf)

Charlee Ann Maddox
Janice Everly
Debtor and/or Co-Debtor, 124 W 8th Street, Beaver Dam, KY 42320 (notified by regular US Mail)

Charlee Ann Maddox and Janice Everly, Debtor and/or Co-Debtor, 124 W 8th St, Beaver Dam, KY 42320-1518
(notified by regular US Mail)